UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKLYN MUSIC DISTRIBUTION, INC., a California corporation,<br><br>                            Plaintiff,<br><br>– against –<br><br>VYDIA, INC., a Delaware corporation,<br><br>                            Defendant. | Case No. 1:23-cv-07568 (JSR) |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties as follows:

      1)      Defendant Vydia, Inc. ("Defendant") does not contest the methodology of service of process upon it; and

      2)      Defendant's time to answer or move with respect to the Complaint shall be extended for 30 days from September 18, 2023 to October 18, 2023.

Dated: New York, New York
            September 15, 2023

| | |
|---|---|
| **REITLER KAILAS &**<br>**ROSENBLATT LLP**<br><br>By: _/s/ Brian D. Caplan_____<br>BRIAN D. CAPLAN, ESQ.<br>885 Third Avenue, 20th Flr.<br>New York, New York 10022<br>Tel: (212) 209-3050<br>BCaplan@reitlerlaw.com | **FRANKFURT, KURNIT,**<br>**KLEIN & SELZ, P.C.**<br><br>By: _/s/ Maura J. Wogan_____<br>MAURA J. WOGAN, ESQ.<br>NICOLE BERGSTROM, ESQ.<br>28 Liberty Street<br>New York, NY 10005<br>(212) 826-5523<br>mwogan@fkks.com<br>nbergstrom@fkks.com |

1

LAVELY & SINGER
PROFESSIONAL CORPORATION

By: _____
MICHAEL E. WEINSTEN, ESQ.
PAUL N. SORRELL, ESQ.
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 556-3501
mweinsten@lavelysinger.com
psorrell@lavelysinger.com

**SO ORDERED.**

_____
JED S. RAKOFF
U.S.D.J.

DATED: New York, New York
            9/18/23