UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BROOKLYN MUSIC DISTRIBUTION, INC.,

                    Plaintiff,

      v.

VYDIA, INC.,

                    Defendant.

No. 23cv7568 (JSR)

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their respective undersigned counsel, do hereby stipulate and agree that the Third and Fourth Causes of Action, for Conversion and Constructive Fraud, in the above-captioned action be and hereby are dismissed, without prejudice, and with each party to bear its own fees and costs.

Dated: New York, New York
October 12, 2022

| | |
|---|---|
| **FRANKFURT, KURNIT,** <br> **KLEIN & SELZ, P.C.** <br><br> By: *[signature]* <br> Maura J. Wogan <br> Nicole Bergstrom <br> 28 Liberty Street <br> New York, NY 10005 <br> Tel.: (212) 826-5523 <br> mwogan@fkks.com <br> nbergstrom@fkks.com <br><br> *Attorneys for Plaintiff Brooklyn Music Distribution, Inc.* | **REITLER KAILAS &** <br> **ROSENBLATT LLP** <br><br> By: *[signature]* <br> Brian D. Caplan <br> Jack P. McKay <br> 885 Third Avenue, 20th Floor <br> New York, New York 10022 <br> Tel.: (212) 209-3050 <br> bcaplan@reitlerlaw.com <br> jmckay@reitlerlaw.com <br><br> *Attorneys for Defendant Vydia, Inc.* |

**LAVELY & SINGER P.C.**

By: *[signature]*
Michael E. Weinsten
Paul Sorrell
2049 Century Park East
Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-3501
mweinsten@lavelysinger.com
psorrell@lavelysinger.com

**SO ORDERED.**

*[signature]*
JED S. RAKOFF
U.S.D.J

DATED: New York, New York
10/16/2023